723 A.2d 183

**Elizabeth J. LUCHINI, Petitioner,**

**v.**

**James Joseph AUGUST, and Pamela August
and Samuel E. Luchini, Respondents.**

Supreme Court of Pennsylvania.

Feb. 16, 1999.

## ORDER

PER CURIAM:

**AND NOW,** this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is REMANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter,* 719 A.2d 733 (Pa.1998).

723 A.2d 184

**Allen ADELMAN and Anita Adelman H/W, Petitioners,**

**v.**

**Giovanni CONIGLIARO and Josephine Mannino
and Rent–A–Car, Respondents.**

Supreme Court of Pennsylvania.

Feb. 16, 1999.

170

## ORDER

PER CURIAM:

**AND NOW**, this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is REMANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter*, 719 A.2d 733 (Pa.1998).

---

723 A.2d 644

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Kevin M. SIERRA, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1997.

Decided Jan. 6, 1999.

